# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EVIE RAFALKO MCNULTY,** : | |
| **Recorder of Deeds of** | |
| **Lackawanna County,** : | **CIVIL ACTION NO. 3:12-1822** |
| **Pennsylvania,** | |
| : | **(JUDGE MANNION[1])** |
| **Plaintiff** | |
| : | |
| **v.** | |
| : | |
| **FEDERAL HOUSING FINANCE** | |
| **AGENCY, as conservator for** : | |
| **Federal National Mortgage** | |
| **Association and Federal Home** : | |
| **Loan Mortgage Corporation;** | |
| **FEDERAL NATIONAL MORTGAGE** : | |
| **ASSOCIATION, a federally** | |
| **chartered corporation; and** : | |
| **FEDERAL HOME LOAN** | |
| **MORTGAGE CORPORATION, a** : | |
| **federally chartered corporation,** | |
| : | |
| **Defendants** | |
| : | |

# O R D E R

Based upon the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the defendants' motion to dismiss the plaintiff's amended complaint, **(Doc. No. 29)**, is **GRANTED**;

---

[1]The instant action was originally assigned to the Honorable Robert D. Mariani. By verbal order, on January 7, 2013, the matter was reassigned.

**(2)** the plaintiff's request for class action certification is **DISMISSED AS MOOT**; and

**(3)** the Clerk of Court is directed to close the instant action.

*s/Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Date: June 19, 2013

O:\Mannion\shared\MEMORANDA - DJ\2012 MEMORANDA\12-1822-01.ORDER.wpd